**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Alejandro Munoz GALVAN, a.k.a. Abel Lemus, Defendant-Appellant.**

**No. 16-10513**

United States Court of Appeals,
Ninth Circuit.

Submitted January 16, 2018 *

Filed January 22, 2018

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Richard J. Bender, Assistant U.S. Attorney, USSAC—Office of the US Attorney, Sacramento, CA, for Plaintiff-Appellee

Alejandro Munoz Galvan, Pro Se

Before: REINHARDT, TROTT, and HURWITZ, Circuit Judges.

MEMORANDUM **

Alejandro Munoz Galvan appeals from the district court's judgment and challenges his guilty-plea conviction and 196-month sentence for conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Galvan's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Galvan has filed a pro se supplemental brief. No answering brief has been filed.

Galvan waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

To the extent that Galvan seeks to raise a claim of ineffective assistance of counsel, we decline to address this issue on direct appeal. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.